# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT LEE JOHNSON, JR.**                                                    **PLAINTIFF**
**ADC #100626**

VS.                         5:19-CV-00013-BRW

**ASA HUTCHINSON, Governor,**                                      **DEFENDANTS**
**Arkansas,** *et al*.

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Johnson's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 30th day of January, 2019.

                                                               /s/ Billy Roy Wilson  _____
                                                               UNITED STATES DISTRICT JUDGE