# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT LEE JOHNSON, JR.**  **PLAINTIFF**
**ADC #100626**

**VS.**  **5:19-CV-00013-BRW**

**ASA HUTCHINSON, Governor,**  **DEFENDANTS**
**Arkansas,** *et al.*

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of January, 2019.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE